Paul ASHER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49948.

Missouri Court of Appeals,
Western District.

May 2, 1995.

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM.

Paul Asher appeals the denial of his Rule 24.035 motion for postconviction relief without an evidentiary hearing. We affirm. Because we discern no jurisprudential value to publishing an opinion, we issue this summary order. Rule 84.16(b).